Patricia Lee, NV State Bar No. 8287
 *plee@hutchlegal.com*
Todd W. Prall (9154)
 *tprall@hutchlegal.com*
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086

*Attorneys for Respondent and Counter-Petitioner*
*Atlantic-Pacific Processing Systems, NV Corp.,*
*f.k.a. Atlantic-Pacific Processing Systems, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERBILL, INC., | Case No. 2:22-cv-00827-JAD-VCF |
| Petitioner, | |
| vs. | **STIPULATION AND ORDER TO SET BRIEFING SCHEDULE** |
| ATLANTIC-PACIFIC PROCESSING SYSTEMS, NV CORP., a Nevada corporation, formerly known as ATLANTIC-PACIFIC PROCESSING SYSTEMS, LLC, | ECF No. 12 |
| Respondent. | |
| ATLANTIC-PACIFIC PROCESSING SYSTEMS, NV CORP., a Nevada corporation, formerly known as ATLANTIC-PACIFIC PROCESSING SYSTEMS, LLC, | |
| Counter-Petitioner, | |
| vs. | |
| INTERBILL, INC., | |
| Counter-Respondent. | |

Petitioner/Counter-Respondent Interbill, Inc. and Respondent/Counter-Petitioner Atlantic-Pacific Processing Systems, NV Corp., by and through their counsel of record, hereby stipulate and agree as follows:

1. Petitioner filed its Petition to Confirm an Arbitration Award on May 24, 2022.

2. Respondent filed a response to the Petition to Confirm Arbitration Award and Counter-Petition to Vacate Arbitration Award on June 20, 2022.

3. The parties have agreed that further briefing is required and both parties wish to file formal motions and set a briefing schedule in order for the Court to evaluate the parties' respective positions.

4. The parties therefore agree to the following briefing schedule:

    a. Petitioner and Respondent shall both file motions (Petitioner shall file a motion to confirm the arbitration award and Respondent a motion to vacate the arbitration award) on or before July 25, 2022;

    b. Responses to the motions shall be due on August 8, 2022; and

    c. Reply briefs shall be due by August 15, 2022.

IT IS SO STIPULATED.

DATED this 8th day of July, 2022.

| LONDON FISCHER LLP | HUTCHISON & STEFFEN, PLLC |
|---|---|
| /s/ *Jerome P. Doctors* | /s/ *Todd W. Prall* |
| Jerome P. Doctors (3935)<br>515 Flower Street, Suite 1000<br>Los Angeles, CA 90017 | Patricia Lee (8287)<br>Todd W. Prall (9154)<br>Peccole Professional Plaza<br>10080 W. Alta Drive, Suite 200<br>Las Vegas, NV 89145 |
| *Attorneys for Interbill, Inc.* | *Attorneys for Atlantic-Pacific Processing Systems, NV. Corp., formerly known as Atlantic-Pacific Processing Systems, LLC* |

**IT IS SO ORDERED.**

_____ 7/11/22
UNITED STATES DISTRICT JUDGE