Patricia Lee, NV State Bar No. 8287
  *plee@hutchlegal.com*
Todd W. Prall, NV State Bar No. 9154
  *tprall@hutchlegal.com*
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086

*Attorneys for Respondent and Counter-
Petitioner Atlantic-Pacific Processing Systems,
NV Corp., f.k.a. Atlantic-Pacific Processing
Systems, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERBILL, INC., | Case No. 2:22-cv-00827-JAD-VCF |
| Petitioner, | |
| vs. | |
| ATLANTIC-PACIFIC PROCESSING SYSTEMS, NV CORP., a Nevada corporation, formerly known as ATLANTIC-PACIFIC PROCESSING SYSTEMS, LLC, | **NOTICE OF WITHDRAWAL OF ATTORNEY** |
| Respondent. | |
| ATLANTIC-PACIFIC PROCESSING SYSTEMS, NV CORP., a Nevada corporation, formerly known as ATLANTIC-PACIFIC PROCESSING SYSTEMS, LLC, | |
| Counter-Petitioner, | |
| vs. | |
| INTERBILL, INC., | |
| Counter-Respondent. | |

/ / /

/ / /

i

To:     The Clerk of Court and all Parties of Record:

PLEASE TAKE NOTICE that the undersigned attorney, Patricia Lee, Esq, hereby withdraws as counsel of record for Respondent and Counter-Petitioner ("Respondent").

Hutchison & Steffen attorney Todd W. Prall, who has previously appeared on behalf of Respondent, remains as attorney of record for Respondent, and requests that copies of all future notices given or required to be given in this case, and all papers, pleadings, and correspondence served or required to be served in this case on them.

DATED this 7th day of December, 2022.

HUTCHISON & STEFFEN, PLLC

*/s/ Patricia Lee*
_____
Patricia Lee (8287)

*Attorneys for Respondent and Counter-Petitioner*
*Atlantic-Pacific Processing Systems, NV Corp.,*
*f.k.a. Atlantic-Pacific Processing Systems, LLC*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED ____12-7-2022_____

NOTICE OF WITHDRAWAL OF ATTORNEY

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 7th day of December, 2022, the foregoing document entitled:

**NOTICE OF WITHDRAWAL OF ATTORNEY** was served via electronic service through

the United States District Court for the District of Nevada's ECF System upon each party in the

case who is registered as an electronic case filing user with the Clerk.

*/s/ Heather Bennett*

_____

An employee of Hutchison & Steffen, PLLC