**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Interbill, Inc., | Case No.: 2:22-cv-00827-JAD-VCF |
|     Petitioner | |
| v. | |
| Atlantic-Pacific Processing Systems NV Corp., | **Order Amending Judgment** [ECF No. 35] |
|     Respondent | |

On December 21, 2022, I granted petitioner Interbill, Inc.'s motion to confirm its arbitration award against respondent Atlantic-Pacific Processing Systems NV Corp., formerly known as Atlantic-Pacific Proceedings Systems, LLC.[1] Judgment was entered "against Atlantic-Pacific Processing Systems, LLC."[2] Interbill now moves to amend the judgment under Federal Rule of Civil Procedure 60(a) to reflect both "Atlantic-Pacific Processing Systems NV Corp" and "Atlantic-Pacific Processing Systems LLC," noting that the respondent "has referred to itself as the legal entity formerly known as Atlantic-Pacific Processing Systems, LLC."[3] The deadline for Atlantic-Pacific Processing to oppose this motion has passed, and no response was filed. Respondent's failure to respond to the motion constitutes a consent to granting it under Local Rule 7-2(d), and I find good cause to correct this clerical mistake in the judgment.

IT IS THEREFORE ORDERED that Interbill's motion to amend the judgment **[ECF No. 35] is GRANTED**. **The Clerk of Court is directed to AMEND the Judgment at ECF No. 34 to read as follows**: IT IS ORDERED AND ADJUDGED that judgment is hereby entered in

---

[1] ECF No. 33.
[2] ECF No. 34.
[3] ECF No. 35.

favor of Interbill, Inc. and against Atlantic-Pacific Processing Systems NV Corp., formerly known as Atlantic-Pacific Processing Systems, LLC, for $813,355.95 in damages, $55,824.85 in prejudgment interest, and $74,537.11 in attorneys' fees and costs, for a total judgment of $943,717.91.

_____
U.S. District Judge Jennifer A. Dorsey
January 18, 2023